1  **WILLIAM W. McGAHA, ESQ.**
   Nevada Bar #3234
2  **SCHUETZE & McGAHA, P.C.**
   601 S. Rancho Drive, Suite C-20
3  Las Vegas, Nevada 89106
   (702) 369-3225
4  wwm@smlvlaw.net

5  **KENDALL STEELE, ESQ.**
   Nevada Bar # 3821
6  **JARDINE BAKER HICKMAN & HOUSTON, PLLC**
   3300 N. Central Avenue, Suite 2600
7  Phoenix, AZ 85012
   (602) 200-9777
8  Ksteele@JBHHLaw.com

9  Attorneys for Plaintiff

10

11

12                    **UNITED STATES DISTRICT COURT**

13                      **CLARK COUNTY, NEVADA**

14  DIANA ROBERTS,                        **CASE:** 2:16-cv-02395-JAD-GWF
                        Plaintiff,
15  vs

16  MANDALAY CORPORATION, a               **[PROPOSED] STIPULATION AND
    Delaware Corporation., as the operator  ORDER TO EXTEND DISPOSITIVE
17  of the Mandalay Bay Resort.           MOTION DEADLINE**

18                    Defendant.          (THIRD REQUEST TO MODIFY
                                          SCHEDULING DATE)
19

20

21      IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of

22  record that the Dispositive Motion Deadline on November 13, 2017 be extended in this case

23  as follows:

24      1.   That the current Dispositive Motion deadline is November 13, 2017.

25

26      2.   The parties have conferred and agreed that subject to approval of the Court, the

27           Dispositive Motion deadline be extended to November 29, 2017.

28

1    3.    That in the event that either party files a dispositive motion that the date for filing

2          the pretrial order be suspended until thirty (30) days after the Court enters a

3          ruling on the dispositive motions, or otherwise by further order of the Court.

4    4.    This is the third request for an extension of a deadline. This request is for

5          extension of the dispositive motion deadline only. The request is made in good

6          faith and is not done for purposes of delaying the proceedings. The parties

7          provide the following information to the Court as the basis of the request:

8    5.    GOOD CAUSE EXISTS FOR THE EXTENSION.

9          The parties are asking that this Court extend the motion deadline by the

10         additional 16 days as additional time is needed for drafting motions. The expert

11         depositions in this case took place on October 4, 2017 for the defendant's expert

12         and then on October 18, 2016 for the deposition of the Plaintiff's expert. That

13         the parties need the additional 16 days to absorb the depositions and put

14         together appropriate motions and present those to the Court. That the parties

15         have been diligent in their discovery and that the additional time is needed to

16         address the issues in this case.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

1    6.    DISCOVERY HAS BEEN COMPLETED.

2         Based upon the foregoing, the undersigned counsel for an on behalf of the respective

3    parties believe that there is good cause to extend the Dispositive Motion Deadline to

4    November 29, 2017 and therefore request the additional 16 day extension.

5         IT IS HEREBY STIPULATED AND AGREED:

6

7    DATED this 9th  day of November, 2017    DATED this 9th  day of November, 2017

8    **SCHUETZE & McGAHA, P.C.**              **LINCOLN, GUSTAFSON & CEROS**

9

10   By /s/ William W. McGaha, Esq.           By  /s/ Karissa Mack, Esq.
     **WILLIAM W. McGAHA, ESQ.**              **KARISSA MACK, ESQ.**
11   Nevada Bar #3234                         Nevada Bar No.
     601 S. Rancho Drive, Suite C-20          3960 Howard Hughes Parkway #200
12   Las Vegas, Nevada 89106                  Las Vegas, NV 12331
     Attorneys for Plaintiff                  Attorney for Defendant
13

14   DATED this 9th  day of November, 2017

15   **JARDINE BAKER HICKMAN & HOUSTON, PLLC**

16   By /s/ Kendall Steele, Esq.
     **KENDALL STEELE, ESQ.**
17   Nevada Bar #3821
     3300 N. Central Avenue, Suite 2600
18   Phoenix, AZ 85012
     Attorney for Plaintiff
19
                              **ORDER**
20
          BASED UPON THE MOTION BY THE PLAINTIFF AND GOOD CAUSE APPEARING,
21
     IT IS HEREBY ORDERED THAT THE DISPOSITIVE MOTION DEADLINE IS HEREBY
22
     EXTENDED TO NOVEMBER 29, 2017.
23
     DATED   this  13th   day of _____ November ___, 2017.
24

25

26                                    UNITED STATES MAGISTRATE JUDGE
27

28

                                    Page 3 of 3