WILLIAM W. McGAHA, ESQ.
Nevada Bar #3234
SCHUETZE & McGAHA, P.C.
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225
wwm@smlvlaw.net

KENDALL STEELE, ESQ.
Nevada Bar # 3821
JARDINE BAKER HICKMAN & HOUSTON, PLLC
3300 N. Central Avenue, Suite 2600
Phoenix, AZ 85012
(602) 200-9777
Ksteele@JBHHLaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| DIANA ROBERTS,<br>　　　　　Plaintiff,<br>vs<br>MANDALAY CORPORATION, a Delaware Corporation., as the operator of the Mandalay Bay Resort.<br>　　　　　Defendant. | CASE: 2:16-cv-02395-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR FILING REPLY BRIEFS TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FILED BY EACH PARTY**<br><br>(FIRST REQUEST TO EXTEND DATE FOR FILING REPLY BRIEFS ON MOTIONS FOR SUMMARY JUDGMENT FILED NOVEMBER 29, 2017) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that the Deadline to reply to Responses filed on December 20, 2017 be extended in this case as follows:

　　　　1.　　That on November 29, 2017 a Motion for Summary Judgment was filed by the

| | | Plaintiff and by the Defendant on liability issues. An opposition brief to each Motion was filed by the parties on December 20, 2017 and that as a result the current deadline for filing Reply briefs to each opposition is January 3, 2018. |
| | 2. | The parties have conferred and agreed that subject to approval of the Court, the Reply deadline be extended to January 17, 2018. |
| | 3. | This Request is for extension of the Reply to Responses to Dispositive Motions filed on November 29, 2017 only. The request is made in good faith and is not done for purposes of delaying the proceedings. The parties provide the following information to the Court as the basis of the request: |
| | 5. | GOOD CAUSE EXISTS FOR THE EXTENSION. |

The parties are asking that this Court extend the Reply deadline by the additional 13 days as additional time is needed for drafting replies to Responses to Motions for Summary Judgment and Partial Summary Judgment. The Responses were filed on December 20, 2017 and all counsel have been out of the office for the holidays. That the parties need the additional 13 days to put together appropriate Replies to the Responses filed and present those to the Court. That the parties have been diligent in their discovery and that the additional time is needed to address the issues in this case.

///
///
///
///
///
///
///
///
///

6. DISCOVERY HAS BEEN COMPLETED.

Based upon the foregoing, the undersigned counsel for an on behalf of the respective parties believe that there is good cause to extend the Reply Deadlineto Dispositive Motions filed on November 29, 2017 to January 17, 2018 and therefore request the additional 13 day extension.

IT IS HEREBY STIPULATED AND AGREED:

DATED this 2nd day of January, 2018

**SCHUETZE & McGAHA, P.C.**

By /s/ William W. McGaha, Esq.
**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Attorneys for Plaintiff

DATED this 2nd day of January, 2018

**LINCOLN, GUSTAFSON & CEROS**

By /s/ Karissa Mack, Esq.
**KARISSA MACK, ESQ.**
Nevada Bar No.
3960 Howard Hughes Parkway #200
Las Vegas, NV 12331
Attorney for Defendant

DATED this 2nd day of January, 2018

**JARDINE BAKER HICKMAN & HOUSTON, PLLC**

By /s/ Kendall Steele, Esq.
**KENDALL STEELE, ESQ.**
Nevada Bar #3821
3300 N. Central Avenue, Suite 2600
Phoenix, AZ 85012
Attorney for Plaintiff

**ORDER**

BASED UPON THE MOTION BY THE PLAINTIFF AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT THE REPLY DEADLINE IS HEREBY EXTENDED TO JANUARY 17, 2018.

DATED January 3, 2018.

_____
UNITED STATES DISTRICT JUDGE