LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
**KARISSA K. MACK, ESQ.**
Nevada Bar No. 12331
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
kmack@lgclawoffice.com

Attorneys for Defendant, MANDALAY CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA ROBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>MANDALAY CORPORATION, a Delaware Corporation, as the operator of the Mandalay Bay Resort,<br><br>    Defendants. | CASE NO: 2:16-cv-02395-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, DIANA ROBERTS, and Defendant, MANDALAY CORPORATION, by and through its counsel of record, the law firm of LINCOLN, GUSTAFSON & CERCOS, LLP, that the Complaint filed by Plaintiff, DIANA ROBERTS, against Defendant, MANDALAY CORPORATION, and any amendments, cross-claims, or counter-claims, between the above-referenced parties are hereby dismissed, with prejudice; each party to bear its own fees and costs.

DATED this 6th day of July, 2018      DATED this 6th day of July, 2018

**SCHUETZE & McGAHA, P.C.**      **JARDINE BAKER HICKMAN & HOUSTON**

*/s/ William W. McGaha*      */s/ Kendall D. Steele*

**WILLIAM W. McGAHA, ESQ.**      **KENDALL STEELE, ESQ.**
Nevada Bar No.3234      Nevada Bar No. 3821
601 S. Rancho Drive, Suite C-20      3300 N. Central Avenue, Suite 2600
Las Vegas, Nevada 89106      Phoenix, Arizona 85012
Attorneys for Plaintiff, DIANA ROBERTS      Attorneys for Plaintiff, DIANA ROBERTS

Diana Roberts v. Mandalay Corporation
CASE NO: 2:16-cv-02395-JCM-GWF

1. DATED this 6th day of July, 2018

   **LINCOLN, GUSTAFSON & CERCOS, LLP**

   */s/ Karissa K. Mack*
   _____
   **LOREN S. YOUNG, ESQ.**
   Nevada Bar No. 7567
   **KARISSA K. MACK, ESQ.**
   Nevada Bar No. 12331
   3960 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169
   Attorneys for Defendant,
   MANDALAY CORP.

   **IT IS SO ORDERED** that the Complaint filed by Plaintiff, DIANA ROBERTS, against Defendant, MANDALAY CORPORATION, and any amendments, cross-claims, or counter-claims, between the above-referenced parties are hereby dismissed, with prejudice; each party to bear its own fees and costs.

   DATED: July 10, 2018

   _____
   U. S. District Court Judge

V:\P-T\Roberts_Mandalay\Atty Notes\Drafts\Pldgs\20180529_SODW_Jr.Docx

-2-

**Diana Roberts v. Mandalay Corp.**
**US District Court Case No. 2:16-cv-02395**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of LINCOLN, GUSTAFSON & CERCOS, LLP, and that on this 6th day of July, 2018, I did cause a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** to be served via the CM/ECF filing system to all parties on the service list as follows:

William W. McGaha, Esq.
SCHUETZE & McGAHA, P.C.
601 S. Rancho Drive, Suite C-20
Las Vegas, NV 89106
(702) 369-3225
wwm@smlvlaw.net

Kendall Steele, Esq.
JARDINE BAKER HICKMAN & HOUSTON, PLLC
3300 N. Central Avenue, Suite 2600
Phoenix, AZ 85012
(602) 200-9777
ksteele@jbhhlaw.com

/s/ Julie Roberts
Julie Roberts, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP

V:\P-T\Roberts_Mandalay\POS\20180706_SODW_jr.doc

-1-